**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Gabriel Barnhill and GSB Enterprises, LLC,
Respondents,

v.

J. Floyd Swilley, J. Floyd Swilley Investment Advisors, Laurel K. Swilley, SMG Partners, LLC, SMS Services, LP, William C. Piner, WCP Limited, LLC, 809 Holdings, LP, QC Financing, LLC, Heath Causey, and Sage Financial Group, LLC, J. Floyd Swilley SMG Partners, LLC, Alicia A. Piner, Heath Causey, Sage Advisory Group, L.P., Sage Private Equity Group, Secured Asset Factoring Exchange, Inc., SAFE, Inc., Digics, LLC, 9-1-1, Plumbing, LLC, and Sage Funding, L.P., Christopher Pitcock, Defendants,

Of Whom J. Floyd Swilley, Laurel K. Swilley, and Heath Wendell Causey are the Petitioners.

Appellate Case No. 2021-001124

———————————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————————

Appeal From Horry County
R. Lawton McIntosh, Circuit Court Judge

———————————

Memorandum Opinion No. 2023-MO-016
Heard December 12, 2023 – Filed December 20, 2023

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Desa Ballard, Harvey M. Watson, III, and Haley Alyse Hubbard, all of Ballard & Watson, Attorneys at Law, of West Columbia, for Petitioners.

Natale Fata, of Nate Fata, PA, of Surfside Beach, for Respondents.

---

**PER CURIAM:**  We granted certiorari to review the court of appeals' decision in *Barnhill v. Swilley*, Op. No. 2021-UP-288 (S.C. Ct. App. filed August 4, 2021). After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**